## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

This Document Relates To:

*Anna Porch v. Bayer HealthCare*          No. 09-cv-10203-DRH
*Pharmaceuticals Inc., et al.*

*Susan Chinitz v. Bayer HealthCare*          No. 09-cv-10214-DRH
*Pharmaceuticals Inc., et al.*

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on August 29, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.


**JUSTINE FLANAGAN,**
**ACTING CLERK OF COURT**

BY:   /s/*Caitlin Fischer*
          **Deputy Clerk**

**Dated:** September 2, 2014

Digitally signed by
David R. Herndon
Date: 2014.09.02
10:05:21 -05'00'

**APPROVED:**
          **CHIEF JUDGE**
          **U. S. DISTRICT COURT**